## STONE v. UNITED STATES.

No. 9.  Decided March 4, 1968.*

*Charles W. Tessmer* and *Emmett Colvin, Jr.,* for petitioner in No. 9.  *William T. Griffin* for petitioners in No. 14.  *Seymour Samuels, Jr.,* and *William R. Willis, Jr.,* for petitioner in No. 77.  *Anna R. Lavin* and *Richard E. Gorman* for petitioner in No. 798.  *James G. Starkey* for petitioner in No. 1024.

Former *Solicitor General Marshall* for the United States in No. 9.  Former *Solicitor General Marshall,*

---

*Together with No. 14, *Conti et al.* v. *United States;* No. 77, *Ross* v. *United States;* No. 121, *Donlon* v. *United States;* No. 798, *Angelini* v. *United States;* and No. 1024, *Pizzarello* v. *United States,* all on petitions for writs of certiorari.  No. 77 is to the United States Court of Appeals for the Sixth Circuit, Nos. 14 and 1024 to the Second Circuit, No. 121 to the Third Circuit, and No. 798 to the Seventh Circuit.

*Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States in No. 14. Former *Solicitor General Marshall, Assistant Attorney General Vinson, Miss Rosenberg* and *Mervyn Hamburg* for the United States in No. 77. Former *Solicitor General Marshall, Assistant Attorney General Vinson, Miss Rosenberg* and *Marshall Tamor Golding* for the United States in No. 121. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Miss Rosenberg* for the United States in No. 798. *Solicitor General Griswold* for the United States in No. 1024.

PER CURIAM.

The petitions for writs of certiorari are granted, the judgments of the courts below are vacated and the cases are remanded for further consideration in the light of *Marchetti* v. *United States, ante,* p. 39, and *Grosso* v. *United States, ante,* p. 62.

MR. JUSTICE MARSHALL took no part in the consideration or decision of Nos. 9, 14, 77, and 121.